IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAURA ZOLLAR, | |
| Plaintiff, | Case No.: 1:24-cv-03954 |
| v. | Judge Jeffrey I. Cummings |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Maria Valdez |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 14 | MAHU |
| 15 | HAIIO |
| 16 | Meetutrip |
| 33 | Fangkun |
| 19 | yuanqing-dabao |
| 9 | Rolley's shop |
| 45 | Summer Sunny Home Design |

| | |
|---|---|
| DATED: July 15, 2024 | Respectfully submitted, |
| | |
| | */s/ Keith A. Vogt* |
| | Keith A. Vogt (Bar No. 6207971) |
| | Keith Vogt, Ltd. |
| | 33 W. Jackson Blvd., #2W |
| | Chicago, Illinois 60604 |
| | Telephone: 312-971-6752 |
| | E-mail: keith@vogtip.com |
| | |
| | ***ATTORNEY FOR PLAINTIFF*** |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on July 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                */s/ Keith A. Vogt*
                Keith A. Vogt